### 7254.  BASS v. THE STATE.

BROYLES, J.  1.  The court did not err in overruling the demurrer to the accusation.

2. The evidence authorized the verdict, and there is no substantial merit in any of the special grounds of the motion for a new trial.

*Judgment affirmed.  Russell, C. J., absent.*

DECIDED APRIL 17, 1916.

Accusation of keeping on hand liquor at place of business; from city court of Bainbridge—Judge Spooner.  January 17, 1916.

*A. E. Thornton,* for plaintiff in error.